**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00668-AP

DONNA G. MARTINEZ,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Patrick C.H. Spencer, II<br>Spencer & Spencer<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>719-632-4808<br>patrick@2spencers.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:** 3/25/09
    B.  **Date Complaint Was Served on U.S. Attorney's Office:** 4/1/09
    C. **Date Answer and Administrative Record Were Filed:**   5/29/09

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate. To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

*NOTE -While this schedule fall outside the briefing schedule suggested in the instructions for preparation of the Joint Case Management Plan, it will, however, be approved.  Counsel should note that any request for extension will not be favorably received.*

    A. **Plaintiffs Opening Brief Due:**        8/4/09
    B. **Defendant's Response Brief Due:**    9/3/09
    C. **Plaintiffs Reply Brief (If Any) Due:** 9/17/09

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of June, 2009.

                                                    BY THE COURT:

                                                    *S/John L. Kane*
                                                   U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Patrick C.H. Spencer, II
Patrick C.H. Spencer, II
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
patrick@2spencers.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov