IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00668-CMA

DONNA G. MARTINEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER SETTING ORAL ARGUMENT

This matter comes before the Court following review of the file, administrative record and briefs submitted.

IT IS THEREFORE ORDERED that an oral argument hearing will be held on **January 7, 2010, at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado. Oral argument will be limited to 15 minutes per side.

DATED: October 20, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge